UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES LUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-54-MJD |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to and consistent with the Agreed Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) [Doc. 19], this action is **DISMISSED**.

s/ LeAnna R. Wilson
LeAnna R. Wilson
CLERK OF COURT